✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj8529-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KARINA GONZALEZ-GAETA

I certify that I am admitted to practice in this court.

6/23/2008
Date

/s/ ELIZABETH M. BARROS
Signature

Elizabeth M. Barros/Federal Defenders of SD — 227629
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: elizabeth_barros@fd.org

Attorneys for Karina Gonzalez-Gaeta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ8529-02 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| KARINA GONZALEZ-GAETA, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Frank A. Balistrieri
fbalistrieri@cox.net

Respectfully submitted,

DATED: June 23, 2008

/s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Karina Gonzalez-Gaeta