08 JUN 25 PM 4:43

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 2110 JM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KARLA EDITH BARBA (1),<br>KARINA GONZALEZ-GAETA (2),<br>Defendants. | Criminal Case No. ____________<br>I N D I C T M E N T<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

On or about June 11, 2008, within the Southern District of California, defendants KARLA EDITH BARBA and KARINA GONZALEZ-GAETA did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 99.72 kilograms (219.38 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 25, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:fer:Imperial
6/20/08